## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

KRISTEN MCANDREW

And JOCELYN MCANDREW

(PLAINTIFFS)

**3: CV  13  2256**

CASE NO: #

(JURY TRIAL DEMANDED)

VS.

SHERRI SEIWELL HEARTMAN,

KELLY REINHEIMER HORNING, EMILY TEIL,

MARK MALCOMUS, FRANK CASTANO,

ANDREA ZWOLINSKI, JOHN KOSLOSKI,

JENNIFER BEBO, TODD BEBO, AMANDA YOUNG,

PAUL DELANEY, ANTHONY ROSS,

JUDGE TINA POLACHECK GARTLEY,

JUDGE CHESTER B. MUROKSI, JUDGE THOMAS BURKE,

STEPHEN A. URBAN, STEPHEN J. URBAN,

JAMES BOBECK, HARRY HAAS, LINDA MCCLOSKY HOUCK,

EUGENE KELLEHER, TIMOTHY MCGINLEY, RICK MORELLI,

RICK WILLIAMS, ROBERT LAWTON,

4 UNNAMED LUZERNE COUNTY EMPLOYEES,

STEPHEN MENN, GOV.TOM CORBETT,

Attorney General KATHLEEN KANE, District Attorney STEFANIE SALAVANTIS,

AL FLORA, ANTHONY LUMBIS,

(DEFENDANTS)

**FILED
SCRANTON**

AUG 2 9 2013

PER _____
DEPUTY CLERK

## CIVIL ACTION

Now comes Kristen McAndrew (Mother) and Jocelyn McAndrew (Daughter). Kristen McAndrew is indigent and dually disabled mentally and physically proceeding by way of pro-se. Ms. McAndrew humbly begs this honorable court to file this civil action for injuries and damages she and her daughter endured due to the negligent actions and unconstitutional violations committed against her and her daughter. Also the plaintiff is not an attorney non claims to be and is not well versed in the law and begs this court to please construe that civil action liberally and if there are any mistakes to please let me fix them or amend them in accordance with Haines v. Kerner, 404 U.S. 519 (1972), or however the court deems fit.

**Each of the Defendants are being sued in the personal capacity and profession capacity their names and titles are the following**

SHERRI SEIWELL HEARTMAN; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

KELLY REINHEIMER HORNING; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

EMILY TEIL; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

MARK MALCOMUS; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

FRANK CASTANO; LUZERNE COUNTY CHILDREN YOUTH DIRECTOR

ANDREA ZWOLINSK; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

JOHN KOSLOSKI; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

JENNIFER BEBO; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

TODD BEBO; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

AMANDA YOUNG; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

2

ATTORNEY PAUL DELANEY

ATTORNEY ANTHONY ROSS

LUZERNE COUNTY JUDGE TINA POLACHECK GARTLEY

LUZERNE JUDGE CHESTER B. MUROKSI

LUZERNE COUNTY JUDGE THOMAS BURKE,

STEPHEN A. URBAN; LUZERNE COUNTY COUNSEL MEMBER

STEPHEN J. URBAN; LUZERNE COUNTY COUNSEL MEMBER

JAMES BOBECK; LUZERNE COUNTY COUNSEL MEMBER

HARRY HAAS; LUZERNE COUNTY COUNSEL MEMBER

LINDA MCCLOSKY HOUCK; LUZERNE COUNTY COUNSEL MEMBER

EUGENE KELLEHER; LUZERNE COUNTY COUNSEL MEMBER

TIMOTHY MCGINLEY; LUZERNE COUNTY COUNSEL MEMBER

RICK MORELLI; LUZERNE COUNTY COUNSEL MEMBER

RICK WILLIAMS; LUZERNE COUNTY COUNSEL MEMBER

ROBERT LAWTON; LUZERNE COUNTY MANANGER

2 UNNAMED LUZERNE COUNTY EMPLOYEES,

STEPHEN MENN; LUZERNE COUNTY COUNSEL MEMBER ATTORNEY

TOM CORBETT; GOVERNER OF PENNSLYVANIA

KATHLEEN KANE; ATTORNEY GENERAL OF PENNSLYVANIA

STEFANIE SALAVANTIS; LUZERNE COUNTY DISTRICT ATTORNEY

AL FLORA; LUZERNE COUNTY CHIEF PUBLIC DEFENDER

ANTHONY LUMBIS; GENERAL COUNSLER OF LUZERNE COUNTY CHILDREN AND YOUTH

## Jurisdiction

The jurisdiction of this court is invoked pursuant to 28 USC §1331. Claims are also brought 28 USC §2671 and 42 USC §1983. Also the middle district of Pennsylvania is the proper place to file this action due to all of the violations and damages accord in Luzerne County of state of Pennsylvania thus falling within the jurisdiction this court

## Cause of action for negligent

Injuries that JOCELYN MCANDREW and KRISTEN MCANDREW sustained due to the negligence acts, breach of duties, lack safety checks, supervisor's reviews, failure to properly train and supervise employees. Failure of investigate crimes and violations of state policies and laws Failure to protect JOCELYN MCANDREW suffers from injuries from the acts committed against her from the defendants are but not limited to wonton intentional physical abuse and bodily harm for the injury for her arm she suffers from pain and suffering, nightmares, and emotional injuries and distress, and loss of sleep. She also suffers from an anxiety and abandonment disorder along with depression and adjustment disorder. KRISTEN MCANDREW from unnecessary harm caused by intentional wonton infliction of physical and emotional distress severe depression loss of appetite and loss of sleep made an already nervous condition worsened, paranoia, social anxiety disorder, loss of employment, unable to focus in college, prevented my education from progression stress on the body and deformed feet due to walking for miles slander defamation of character humiliation nightmares Post traumatic stress disorder and dementia.

**Cause of action for unconstitutional violations**

KRISTEN MCANDREW and JOCELYN MCANDREW endured injuries and damages due to unconstitutional violations of the 1st, 4th, 5th, 6th 8th, 9th 13th, and 14th Amendments of the United States Constitution committed against them as follows but not limited to;

1. The retaliation of exercising 1st amendment right for freedom of speech, right to assemble and petition the government

2. Violation of the 4th amendment probable cause

3. Denial of 5th Amendment Due Process

4. Violated $6^{th\ Amendment}$ Failure to execute service, Failure to provide legal counsel, Denied opportunity to call witnesses on own behalf, Denied of submitting evidence, was not informed of the nature and cause action or of the accusation or accusers

5. Violation 8th amendment for Cruel and Unusual Punishment; Unjust punishment of removal of KRISTEN MCANDREW daughter JOCELYN MCANDREW without just cause or a proper hearing, Hearing held purposely at a time so I could not be there. Blocking access to the courts, Being Deliberately indifferent to Jocelyn MCANDREW medical needs

6. Failure to protect JOCELYN MCANDREW physical and bodily harm and injuries and KRISTEN MCANDREW from unnecessary harm caused by intentional wonton infliction of physical and emotional distress.

5

Violation 9th Amendment Unremunerated rights denied implied rights, natural rights, background rights, and fundamental rights of life, liberty and to live in the pursuit of happiness as a family unit

7. Violation of the 13th Amendment involuntary servitude Claus KRISTEN MCANDREW and JOCLYAN MCANDREW were forced to preform work, chores, duties, tasks without any benefit or incentive to them without any recourse of action the sole reason for this duties was to benefit the opposing party and used as a stall tactic hinder any state statuary time limits KRISTEN MCANDREW had to regain custody of her daughter JOCLAN MCANDREW

8. Violation of the 14th Amendment Procedural due process Was not a fair hearings, failure to execute service of dates of hearings and charges ,KRISTEN MCANDREW was not allowed to present evidence, including the right to call witnesses to help her case; or given opposing evidence against her; KRISTEN MCANDREW was not allowed to cross-examine adverse any and all witnesses against her; the decisions that were made were not based on facts of the case but lies; some of the hearing KRISTEN MCANDREW and JOCELYN MCANDREW were not represented by counsel or when they were the counsel was hired and appoint by the opposing party counsel provide no legal assistance what so ever no motions briefs were ever file on their behalf to date no meaningful cross examinations or legal advice. KRISTEN MCANDREW asserts that that the legal representation was beyond negligence but was criminal this is due to when KRISTEN MCANDREW pledged for help she was blatantly ignored and ridiculed; KRISTEN MCANDREW evidence against her was lies tainted forged manipulated and unlawful and was never question by her counsel or the court; the court to date has never gave a

clear reason as to why JOCLYAN MCANDREW was kidnap and when she will be returned to KRISTEN MCANDREW even though there are no accusations what so ever of abuse or negligent the only evidence was presented of this modern day Salam witch trail have been deceitful actions  lies and cover ups of rouge county employees of these left over kids for cash scam that truly need to be revealed

## Peculiar history

1.March 2010 Kristen McAndrew was hospital for depression while in the hospital her daughter was taken from Kristen McAndrew family by Luzerne county children employees  Kristen McAndrew became an out spoken on the tactics the agency used attend protested and was in the local newspaper with photos of her and her daughter she completed treatment and got her sweet daughter back to live happy ever after or so she thought until Jocelyn McAndrew now 4 years old told her mother she was abused Kristen called child line Pennsylvania state hot line to investigate the abuse Luzerne county children and youth employees Frank Canstano  SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING took it personal That there duties came under question and they developed a personal vendetta hence the cause for this civil action

## Apocalypse/Facts

1. on February 15. 2012 Kristen McAndrew was pulled over by Plains Twp. Police due to an old inspection sticker. It was then learned that she had a bench warrant for missing a misdemeanor court hearing. She was then taken to the county jail until the matter was cleared up.

7

2. In the vehicle were KRISTEN McAndrew's boyfriend and minor child Jocelyn McAndrew.

3. Kristen McAndrew gave instruction to please take her daughter to her [Kristen's grandmother's] DORTARTY MCANDREW house. The boyfriend was cleared and released to proceed with the child to the grandmother's house.

4. In route Kristen MacAndrew's mother KIMBERY MCANDREW contacted the boyfriend via telephone offering to take the child due to KRISTEN grandmother[ DORTHORY] being unable to be contact.

5. The boyfriend only knowing Kristen for one (1) month and wanting to do the right thing gave her [Jocelyn] to Kristen's mother [KIMBERLY MCANDREW] not knowing any of the family history.

6. The boyfriend retained counsel for Kristen MacAndrew's missed court hearing. Kristen McAndrew was scheduled for a hearing to be released 48 hours later.

7.On February 15, 2012 unknown Luzerne County Children employees and Youth employees and Dallas twp. Police converged on 1477 Lower Demunds road in Dallas Twp. Pa. The property was the house of Kristen McAndrews Mother Kimberly McAndrew where the child would stay for two days until Kristen McAndrew picked her up. Unknown Luzerne County Children and Youth seized the child with an order stamped by Judge Tina Polacek Gartley who is a childhood friend of Kristen MCANDREW Mother [Kimberly] McAndrew.

8. This all transpired two days after Kristen was incarcerated. Kristen's daughter was now in the custody of Luzerne County Children and Youth without any probable cause or due process.

9. Kristen MacAndrew's hearing was set for the next day 11:00 February 17, 2012 to be released.

10. Unknown Children and Youth employees under the direction of Frank Castano scheduled an emergency shelter care act hearing February 18, 2012 for the same day two hours prior to her hearing to be released..

11. Kristen McAndrews boyfriend went to the shelter care hearing only to be barred from the courtroom. He was accosted by county sheriffs, Luzerne County Children and Youth supervisor Kelly Horning and their counsel. He explained to them that counsel was hired and Kristen will be released at 11:00 am and did not question any of the facts without the exception of service. He pleaded with them to have the hearing merely postponed until 12 noon that day. The opposing parties counsel made a snare showing his teeth and expelled that it was not his problem. Mind you, this is family court with a disabled mother and her child. Needless to say the show went on without a hitch.

12. The child was placed in the care or Kristen McAndrew brother who abused Kristen in a variable ways very badly throughout the years.

13. 11:00am two hours after her daughter was placed in the care of Luzerne County Children and Youth Kristen McAndrew was released on her missed court date on a misdeminder charge.

14. With the help of a very reputable attorney as a courtesy on their behalf's KRISTEN MCANDREWand JOCLYAN MCANDREW hearing was set and unlimited visits at the brother's home permitted. Conceding that this sieges was all done premature and lacked merit

15. Being dually disabled physically and mentally and due to her indigent status Unable to retain Counsel Kristen went to the hearing without any type of legal representation a what so ever a normal practice in Luzerne county as she sat across from College educated people this severely disabled woman was taken advantage of, laughed at, teased and called names. The tide was changed Sherri Hartman and Kelly horning and AMANDA YOUNG overzealous county agency rouge employees tried covering up their wrong doings of taking Jocelyn McAndrew under false pretenses. With lies fake evidence and or unlawful empty accusations Kristen MCANDREW actions now came under question to divert the real root cause of the false placement without due process.

16. After the second hearing ATTORNEY PAUL DELANY was assigned to represent KRISTEN MCANDREW. ATTORNEY PAUL DELANY never filed a motion or brief or a petition on behalf of KRISTEN MCANDREW even after she expressed that she wanted him to file a TEMPORY RESTRAINING ORDER (TRO) or some form of an injunction applicable with the Pennsylvania rules to regain custody of her daughter he refused instead he was more interested in compare psychotropic medications needless to say Mr. Delany now works for Luzerne County Children and Youth Services how can Mr. Delany now switch sides?

17. KRISTEN MCANDREW was now appointed to ATTORNEY ANTHONY ROSS. Attorney ROSS would sit in the court room stagnant while Luzerne county children and youth employees Sherry Heartman and Kelly Horning would sit in the courtroom and tease and ridiculed KRISTEN MCANDREW all while presenting false claim lies and inflammatory statement and empty accusations with not so much as an objection when

KRISTEN MCANDREW would try to object she was meet with jabs and told to shut up. It got so bad that KRISTEN MCANDREW felt she had to try to help herself only to be met with more jabs it got to the point where the whole notorious Luzerne county closed courtroom was laughing at the dually disable woman fighting for her daughter when JUDGE CHESTER MUROSKI told ATTORNEY ROSS he [ROSS] has his hand full with this case and it's too bad he blurted out [Ross] is only getting paid $50.00 dollars and hour felt sorry for him. At that point the whole court room again started to laugh and KRISTEN MCANREW started to CRY feeling ridiculed embossed and hopeless. The so called hearing was the continued. before the next hear Attorney Ross meet with KRISTEN MCANDREW for 20 min when she explained some of the unlawful act that were committed against her and JOCYALN MCANDREW KRISTEN MCANDREW then requested Attorney ross to file a (TRO) or a similar injunction under Pennsylvania state law. ATTORNY ROSS said let's see what happens when Kristen McAndrew asked what was

Attorney ross game plan he [Ross] sated let's see what happens at Kristen McAndrew next hearing this time Kristen McAndrew came with documents that attorney never presented or (2) two witness to vindicate her that he refused to call to testify and ATTORNEY ross sat there again stagnant stonewalling KRISTEN MCANDREW all while Sheri Hartman and Kelly horning continued there charade acting under the guise and color of Luzerne county employees riddled KRISTEN MCANDREW with blatant lies tainted and unlawful evidence and empty accusations and hearsay without any oppression what so ever from ATTORNEY ROSS he never filed a motion brief or put on any defense for that matter.

18. Luzerne County employee FRANK CANSTANO, MARC MALCAUMS, SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING and AMANDA YOUNG have

11

demand the Kristen McAndrew to attend and participate in drug counseling even though Kristen McAndrew submitted over (200) two hundred negative drug urinalysis ,they[Hartman, Horning] then demanded that Kristen McAndrew attend and participation in parenting class even though there were no signs of abuse or neglect or even accusation for that matter, also demanding that Kristen McAndrew against her will and beliefs go to numerous physical and physical exams all well as a including but not limited to Wyoming Valley Drug and Alcohol (WYVADS) Catholic Social Services for counseling and Community Counseling as an eclectic assortment of other services for no good reason but to prolong reunification with her daughter and to use a stall tactic to use Kristen McAndrew Pennsylvania state statue of time limitations to regain custody Hartman and Horning went as far as waiting for Kristen McAndrew to complete a program then conjuring up some reason to do others this duties or chores where all required she attend with no car or source of income sometimes walking for miles to attend multiple tasks a day even though Luzerne county transportation authority provide bus pass for such case [indigent or disabled] to Luzerne county children and youth services Kristen McAndrew was barred by Heartman and Horning of such amenities even though Kristen McAndrew fell within the scope of such of an allotments.

19. While JOCELYN MCANDREW was in the care of Luzerne County Children and Youth she was place in a foster home with Jen Bebo and Todd Bebo JOCLYAN MCANDREW arm was BROKEN or SERVELY INJURIED this was not revealed to Jocelyn mother Kristen McAndrew until she saw her daughter arm in a cast up to her shoulder during a court ordered visit Jocelyn told Kristen McAndrew that Jen Bebo caused the injury Jocelyn was approx. (3) years old at the time Luzerne county children and youth employees EMILY TEIL, ANDREA ZWOLINSKI and

JOHN KOSLOSKI where Jocelyn's caseworkers at the time Kristen MCANDREW requested and demand that Jocelyn McAndrew be removed from Jen Bebo and Todd Bebo care ANDREA ZWOLINSKI and JOHN KOSLOSKI refused. ANDREA ZWOLINSKI and JOHN KOSLOSKI EMILY TEIL also AMANDA YOUNG refused to discuss the matter or, release any information about what happened or produce and reports or documents. It was later revealed through Jocelyn that Jocelyn McAndrew was possibly sexual abused at the hands Todd Bebo and Ben Bebo

20. Luzerne county court order Kristen McAndrew to have visits with her daughter Jocelyn McAndrew at Luzerne county children and youth services during these visits Sherri Hartman Kelly Horning, AMANDA YOUNG   and Emily Teal would demand that dually disable mentally and physical Kristen McAndrew sign complex legal documents without the chance to confer with counsel for review Sherri Hartman Kelly horning, AMANDA YOUNG   and Emily teal knew of these disabilities and force Kristen McAndrew to sign legal document underdress and threat of termination of the visit while in the present of her little girl

21. On October 16 2012 Kristen McAndrew wrote the following officials please see exibit ( 1) and (2)

JUDGE THOMAS BURKE, Luzerne county council members STEPHEN A. URBAN,STEPHEN J. URBAN,JAMES BOBECK,HARRY HAAS,LINDA MCCLOSKY HOUCK,EUGENE KELLEHER,TIMOTHY MCGINLEY,RICK MORELLI,RICK WILLIAMS, Luzerne manager ROBERT LAWTON, attorney for Luzerne county consoler STEPHEN MENN,GOV.TOM CORBETT, Attorney General KATHLEEN KANE, District Attorney STEFANIE SALAVANTIS and CHIEF PUBLIC DEFENDER AL FLORA in the personal and official capacity asking them to investigate over (30) thirty violations of state laws

13

or county policies that were committed against her and her child JOCYLAN MCANDREW no one investigated or interviewed Kristen McAndrew and the violations from FRANK CANSTANO, MARC MALCAUMS,  SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING only got worse.

22. In April 2013 with no attorney Kristen McAndrew called Luzerne county general counsel Anthony Lumbis inquiring who is appointed to represent her in her impending court date he assured her he would call her back the next day Attorney Anthony Lumbis never call the next day and dodged Kristen McAndrew calls for months even though his office job is to appoint and retain counsel for Kristen McAndrew

**Statement of claim**

1. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, MARK MALCOMUS, FRANK CASTANO, AMANDA YOUNG    and UNNAMED LUZERNE COUNTY CHILDREN AND YOUTH EMPLOYEES violated Kristen McAndrew and Jocelyn Mcandrew by the retaliating because of Kristen McAndrew exercising her 1st amendment right for freedom of speech, right to assemble and petition the government by removing Jocelyn from the care of Kristen McAndrew for no reason what so ever due to their personal vendetta

14

2. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, MARK MALCOMUS, FRANK CASTANO unnamed Luzerne county children and youth and Judge Tina Garlty Polleck Violated Kristen McAndrew and Jocelyn 4th amendment the right for people to be secure in their own house, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, MARK MALCOMUS, FRANK CASTANO unnamed Luzerne county children and youth lied and continued to do so to  a warrant to enter Kristen's family home and seize Kristen McAndrew daughter Jocelyn without probable cause

3. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING,

AMANDA YOUNG, MARK MALCOMUS, FRANK CASTANO, PAUL DELANEY, ANTHONY ROSS,JUDGE TINA POLACHECK GARTLEY,JUDGE CHESTER B. MUROKSI  JUDGE THOMAS BURKE, Luzerne county council members STEPHEN A. URBAN,STEPHEN J. URBAN,JAMES BOBECK,HARRY HAAS,LINDA MCCLOSKY HOUCK,EUGENE KELLEHER,TIMOTHY MCGINLEY,RICK MORELLI,RICK WILLIAMS, Luzerne manager ROBERT LAWTON, attorney for Luzerne county consoler STEPHEN MENN,GOV.TOM CORBETT, Attorney General KATHLEEN KANE, District Attorney STEFANIE SALAVANTIS and CHIEF PUBLIC DEFENDER AL FLORA these people are sworn to uphold the law and defend it and hold the keys to the judicial system and even after it was brought to their attention that crimes and policies were being violated they choose to ignore to even investigate violated Kristen McAndrew and Jocelyn McAndrew 5th Amendment Due Process nor shall be compelled in any criminal case to be a witness against

himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, with- out just compensation.

4. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, AMANDA YOUNG MARK MALCOMUS, FRANK CASTANO, PAUL DELANEY, ANTHONY ROSS, JUDGE TINA POLACHECK GARTLEY, JUDGE CHESTER B. Muroski; denied Kristen McAndrew and Jocelyn McAndrew 6th Amendment right to be informed of the nature and cause of the accusations; and to confronted with the witnesses against her; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense and but not limited to

a. Failure to execute service.

b. Failure to provide legal counsel

c. Denied opportunity to call witnesses on own behalf.

d. Denied of submitting evidence.

e. Was not informed of the nature and cause action or of the accusation or accusers

5. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL AMANDA YOUNG ,MARK MALCOMUS,FRANK CASTANO,, ANDREA ZWOLINSKI, JOHN KOSLOSKI ,JENNIFER BEBO,TODD BEBO,AMANDA YOUNG,PAUL DELANEY,ANTHONY ROSS,,JUDGE CHESTER B. MUROKSI,

Violated Kristen McAndrew and Jocelyn McAndrew 8th amendment for Cruel and Unusual Punishment.

a.  Unjust punishment of removal of KRISTEN MCANDREW daughter JOCELYN
MCANDREW without just cause or a proper hearing.

b.  Hearing held purposely at a time so I could not be there. Blocking access to the courts

c.  Being deliberately indifferent to Jocelyn MCANDREW medical needs.

d.  Causing injuring and abusing Failure to protect JOCELYN MCANDREW from physical
and bodily harm and injuries and KRISTEN MCANDREW from unnecessary harm
caused by intentional wonton infliction of physical and emotional distress.

6. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL,
AMANDA YOUNG  MARK MALCOMUS,FRANK CASTANO,, ANDREA ZWOLINSKI,
JOHN KOSLOSKI ,JENNIFER BEBO,TODD BEBO,AMANDA YOUNG,PAUL
DELANEY,ANTHONY ROSS,,JUDGE CHESTER B. MUROKSI, JUDGE THOMAS
BURKE, Luzerne county council members STEPHEN A. URBAN,STEPHEN J.
URBAN,JAMES BOBECK,HARRY HAAS,LINDA MCCLOSKY HOUCK,EUGENE
KELLEHER,TIMOTHY MCGINLEY,RICK MORELLI,RICK WILLIAMS, Luzerne manager
ROBERT LAWTON, attorney for Luzerne county consoler STEPHEN MENN,GOV.TOM
CORBETT, Attorney General KATHLEEN KANE, District Attorney STEFANIE
SALAVANTIS and CHIEF PUBLIC DEFENDER AL FLORA Violated Kristen McAndrew and
Jocelyn McAndrew 9th Amendment Unremunerated rights legal rights inferred from other legal
rights that are officiated in a retrievable form codified by law institutions, such as in written

constitutions, but are not themselves expressly coded or "enumerated" among the explicit writ of the law. Alternative are: implied rights, natural rights, background rights, and fundamental rights by removing Kristen's daughter for no reason breaking up their family that is protected by the 9 amendment.

7. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, AMANDA YOUNG MARK MALCOMUS, FRANK CASTANO, JUDGE CHESTER B. MUROKSI,

Violated the 13th Amendment. Neither slavery nor, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction the defendants did this by have demand the Kristen McAndrew to attend and participate in drug counseling even though Kristen McAndrew submitted over (200) two hundred negative drug urinal analysis ,they[Hartman, Horning Canstano, Muroski]demand that Kristen McAndrew attend  and participation parenting class even though there were no signs of abuse or neglect or accusation for that matter also demanding that Kristen McAndrew against her will and beliefs go to numerous physical and physical exams all well as a including but not limited to Wyoming valley Drug and Alcohol (YVDAS) catholic social services for counseling and community counseling as an eclectic assortment of other services for no good reason but to prolong reunification with her daughter and a stall tactic to use Kristen McAndrew Pennsylvania statue time limitations to regain custody Hartman and horning went as far as waiting for Kristen McAndrew to complete a program then conjuring up some reason to do others this duties or

chores where all required she attend with no car or source of income sometimes walking for miles to attend multiple tasks a day

8. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL,MARK MALCOMUS, AMANDA YOUNG, FRANK CASTANO,, ANDREA ZWOLINSKI, JOHN KOSLOSKI ,JENNIFER BEBO,TODD BEBO,AMANDA YOUNG,PAUL DELANEY,ANTHONY ROSS,,JUDGE CHESTER B. MUROKSI, JUDGE THOMAS BURKE, Luzerne county council members STEPHEN A. URBAN,STEPHEN J. URBAN,JAMES BOBECK,HARRY HAAS,LINDA MCCLOSKY HOUCK,EUGENE KELLEHER,TIMOTHY MCGINLEY,RICK MORELLI,RICK WILLIAMS, Luzerne manager ROBERT LAWTON, attorney for Luzerne county consoler STEPHEN MENN,GOV.TOM CORBETT, Attorney General KATHLEEN KANE, District Attorney STEFANIE SALAVANTIS and CHIEF PUBLIC DEFENDER AL FLORA Violated Kristen McAndrew and Jocelyn of the 14th Amendment  Procedural due process These rights, which apply equally to civil due process and criminal due process, are:

1. An unbiased court.
2. Notice of the action and what are the grounds for it.
3. Opportunity to present reasons why the proposed action should not be taken.
4. The right to present evidence, including the right to call witnesses to help ones case.
5. The right to know all opposing evidence.
6. The right to cross-examine adverse all witnesses.
7. A true and righteous decision based exclusively on only the evidence presented.

8. Right to be represented by counsel.

9. Requirement that the court or accrues prepare a record of the evidence presented.

10. Requirement that the court or accrues prepare written findings of fact and reasons for its decision.

11. A person's protected interests in life, liberty, or property, and substantive due process is the guarantee that the fundamental rights of citizens will not be encroached on by government Kristen McAndrew and Jocelyn McAndrew were denied these rights

### Relief sought

1. Kristen McAndrew is disabled and indigent and unable to properly serve defendants she humbly asks this court to order the United States Marshal Service to execute service on the defendants

Due to the damages and injuries sustained at the hands or actions of the defendants

2.Plaintiff are seeking $50,000.00 dollars in compensatory and $ 50,000.00 punitive damages for a total of $100,000.00 the damages as followed each of the defendants;  ,JUDGE THOMAS BURKE,STEPHEN A. URBAN,STEPHEN J. URBAN,JAMES BOBECK,HARRY HAAS,LINDA MCCLOSKY HOUCK,EUGENE KELLEHER,TIMOTHY MCGINLEY,RICK MORELLI,RICK WILLIAMS,ROBERT LAWTON,STEPHEN MENN,GOV.TOM CORBETT,AG. KATHLEEN KANE, DA STEFANIE SALAVANTIS, AL FLORA, ANTHONY LUMBIS,

3. .Plaintiff are seeking $1,000,000.00 dollars in compensatory and $1,000,000.00 punitive damages for a total of $2,000,000.00 the damages as followed for each of the defendants JEN BEBO and TODD BEBO

4. .Plaintiff are seeking $500,000.00 dollars in compensatory and $ 500,000.00 punitive damages for a total of $1,000,000.00 the damages as followed for each of the defendants, EMILY TEIL,

MARK MALCOMUS, ANDREA ZWOLINSKI, JOHN KOSLOSKI, AMANDA YOUNG, PAUL DELANEY, ANTHONY ROSS, JUDGE TINA POLACHECK GARTLEY, JUDGE CHESTER B.MUROSKI

5. .Plaintiff are seeking $2,000,000.00 dollars in compensatory and $ 2,000,000.00 punitive damages for a total of $4,000,000.00 the damages as followed for each of the defendants SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING,FRANK CASTANO

Kristen McAndrew and Jocelyn McAndrew are seeking a total 26,700,000.00 million dollars in damages and or whatever this honorable courts deems fits

I, Kristen McAndrew swear under penalty of perjury 28 USC §1746 that the statement made in this complaint are true and the best of my knowledge

RESPECTFULLY SUBMITTED

DATE 8/29/13

KRISTEN MCANDREW pro-se

64 Anthracite St

Wilkes-Barre  PA 18702

TEL:(570) 677-2397

DATE 8/29/13

JOCELYN MCANDREW (minor)
Mother signature due to plaintiff
being a minor