# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JAN 1 6 2014

PER _____
DEPUTY CLERK

KRISTEN MCANDREW

And JOCELYN MCANDREW

(PLAINTIFFS)

CASE NO:3:2013cv02256

VS.

(JURY TRIAL DEMANDED)

LUZERNE COUNTY CHILRDEN AND YOUTH SERVICES,

SHERRI SEIWELL HARTMAN,

KELLY REINHEIMER HORNING, EMILY TEIL,

MARK MALKEMES, FRANK CASTANO,

ANDREA ZWOLINSKI, JOHN KOSLOSKI,

JENNIFER BEBO, TODD BEBO, AMANDA YOUNG,

PAUL DELANEY, ANTHONY ROSS,

JUDGE CHESTER B. MUR0SKI,

6 UNNAMED LUZERNE COUNTY EMPLOYEES,

(DEFENDANTS)

1

## AMMENDED COPMLAINT

Now comes Kristen McAndrew (Mother) and Jocelyn McAndrew (Daughter). Kristen

McAndrew is indigent and dually disabled mentally and physically proceeding by way of pro-se.

Ms. McAndrew humbly begs this honorable court to file this civil action for injuries and

damages she and her daughter endured due to the negligent actions and unconstitutional

violations committed against her and her daughter. Also the plaintiff is not an attorney non

claims to be and is not well versed in the law and begs this court to please construe that civil

action liberally and if there are any mistakes to please let me fix them or amend them in

accordance with Haines v. Kerner, 404 U.S. 519 (1972), or however the court deems fit.

**Each of the defendants are being sued in the personal capacity and
profession capacity their names and titles are the following**

SHERRI SEIWELL HARTMAN; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

KELLY REINHEIMER HORNING; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

EMILY TEIL; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

MARK MALKEMES; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

FRANK CASTANO; LUZERNE COUNTY CHILDREN YOUTH DIRECTOR

ANDREA ZWOLINSK; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

JOHN KOSLOSKI; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

JENNIFER BEBO; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

TODD BEBO; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

AMANDA YOUNG; LUZERNE COUNTY CHILDREN YOUTH EMPLOYEE

ATTORNEY PAUL DELANEY

ATTORNEY ANTHONY ROSS

LUZERNE COUNTY JUDGE CHESTER B. MUROKSI

2

## Jurisdiction

The jurisdiction of this court is invoked pursuant to 28 USC §1331. Claims are also brought 28 USC §2671 and 42 USC §1983. Also the middle district of Pennsylvania is the proper place to file this action due to all of the violations and damages accord in Luzerne County of state of Pennsylvania thus falling within the jurisdiction this court

## Peculiar history

1.March 2010 Kristen McAndrew was hospital for depression while in the hospital her daughter was taken from Kristen McAndrew's family by Luzerne County Children & Youth employees Kristen McAndrew became an out spoken on the tactics the agency used attend protested and was in the local newspaper with photos of her and her daughter she completed treatment and got her sweet daughter back to live happy ever after or so she thought until Jocelyn Mcandrew now 4 told her mother she was abused Kristen called child line Pennsylvania state hot line to investigate the abuse Luzerne county children and youth employees Frank Canstano  SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING took it personal That there duties came under question and they developed a personal vendetta hence the cause for this civil action

## Apocalypse/Facts

1. on February 15. 2012 Kristen McAndrew was pulled over by Plains Twp. Police due to an old inspection sticker. It was then learned that she had a bench warrant for missing a misdemeanor court hearing. She was then taken to the county jail until the matter was cleared up.

2. Also in the vehicle were KRISTEN McAndrews Boyfriend and minor child Jocelyn McAndrew.

3. Kristen McAndrew gave instruction to please take her daughter to her [Kristen's] grandmother's DOROTHY MCANDREWS house. The boyfriend was cleared and released to proceed with the child to the grandmother's house.

4. In route Kristen MacAndrew's mother KIMBERY MCANDREW contacted the boyfriend via telephone offering to take the child due to KRISTENS grandmother[ DOROTHY] being unable to contact.

5. The boyfriend only knowing Kristen for one month and wanting to do the right thing gave her to Kristen's mother [KIMBERLY MCANDREW] not knowing any of the family history.

6. The boyfriend retained counsel for Kristen MacAndrew's missed court hearing. Kristen McAndrew was scheduled for a hearing to be released 48 hours later.

7.On February 15, 2012 unknown Luzerne County Children employees and Youth employees and Dallas twp. Police converged on 1477 Lower Demunds road in Dallas Twp. Pa. The property was the house of Kristen McAndrews Mother Kimberly McAndrew where the child would stay for two days until Kristen McAndrew picked her up. Unknown Luzerne County Children and

4

Youth seized the child with an order stamped by Judge Tina Polacek Gartley who is a childhood friend of Kristen MCANDREWS Mother [Kimberly] McAndrew.

8. This all transpired two days after Kristen was incarcerated. Kristen's daughter was now in the custody of Luzerne County Children and Youth without any probable cause or due process.

9. Kristen MacAndrew's hearing was set for the next day 11:00 February 17, 2012 to be released.

10. Unknown  Children and Youth employees under the direction of Frank Castano scheduled an emergency shelter care act  hearing February 20, 2012  for the same day two hours prior to her hearing to be released..

11. Kristen McAndrews boyfriend went to the shelter care hearing only to be barred from the courtroom. He was accosted by county sheriffs, Luzerne County Children and Youth supervisor Kelly Horning and their counsel. He explained to them that counsel was hired and Kristen will be released at 11:00 am and did not question any of the facts without the exception of service. He plead with them to have the hearing merely postponed until 12 noon that day. The opposing parties counsel made a snare showing his teeth and expelled that it was not his problem. Mind you, this is family court with a disabled mother and her child. Needless to say the show went on without a hitch.

12. The child was placed in the care or Kristen McAndrew brother who abused Kristen in a variable ways very badly throughout the years.

13. 11:00 AM two hours after her daughter was placed in the care of Luzerne County Children and Youth Kristen McAndrew was released on her missed court date on a misdemeanor charge.

14. With the help of a very reputable attorney as a courtesy on their behalf's KRISTEN MCANDREW and JOCELYN MCANDREW hearing was set and unlimited visits at the brother's home were permitted. Conceding that this siege was all done premature and lacked merit.

15. Being dually disabled physically and mentally and due to her indigent status Unable to retain Counsel Kristen went to the hearing without any type of legal representation a what so ever a normal practice in Luzerne county as she sat across from College educated people this severely disabled woman was taken advantage of, laughed at, teased and called names. The tide was changed Sherri Hartman and Kelly horning and AMANDA YOUNG overzealous county agency rouge employees tried covering up their wrong doings of taking Jocelyn McAndrew under false pretenses. With lies fake evidence and or unlawful empty accusations KRISTEN MCANDREWS actions now came under question to divert the real root cause of the false placement without due process.

16. After the second hearing ATTORNEY PAUL DELANY was assigned to represent KRISTEN MCANDREW. ATTORNEY PAUL DELANY never filed a motion or brief or a petition on behalf of KRISTEN MCANDREW even after she expressed that she wanted him to file a TEMPORY RESTRAINING ORDER (TRO) or some form of an injunction applicable with the Pennsylvania rule to regain custody of her daughter he refused instead he was more interested in comparing psychotropic tropic medications needless to say Mr. Delany now works for Luzerne County Children and Youth Services how can Mr. Delany now switch sides?

17. KRISTEN MCANDREW was now appointed to ATTORNEY ANTHONY ROSS. Attorney ROSS would sit in the court room stagnant while Luzerne county children and youth employees sherry Hartman and Kelly Horning would sit in the courtroom and tease and ridiculed KRISTEN MCANDREW all while presenting false claim lies and inflammatory statement and empty accusations with not so much as an objection when KRISTEN MCANDREW would try to object she was meet with jabs and told to shut up. It got so bad that KRISTEN MCANDREW felt she had to try to help herself only to be met with more jabs it got to the point where the whole notorious Luzerne county closed courtroom was laughing at the dually disable woman fighting for her daughter when JUDGE CHESTER MUROSKI told ATTORNEY ROSS  HE [ROSS] has his hand full with this case and it's too bad he blurted out [ross] is only getting paid $50.00 dollars and hour felt sorry for him  at that point the whole court room again started to laugh and KRISTEN MCANREW started to CRY feeling ridiculed embossed and hopeless. The so called hearing was the continued. before the next hear Attorney Ross meet with KRISTEN MCANDREW for 20 min when she explained some of the unlawful act that were committed against her and JOCYALN MCANDREW KRISTEN MCANDREW then requested  Attorney ross to file a (TRO) or a similar injunction under Pennsylvania state law. ATTORNY ROSS said let's see what happens when Kristen McAndrew asked what was

Attorney ross game plan he [Ross] sated let's see what happens at Kristen McAndrew next hearing this time Kristen McAndrew came with documents that attorney never presented or (2) two witness to vindicate her that he refused to call to testify  and ATTORNEY Ross sat there again stagonant stonewalling KRISTEN MCANDREW all while Sheri Hartman and Kelly horning continued there charade acting under the guise and color of Luzerne county employees

riddled KRISTEN MCANDREW blatant lies tainted and unlawful evidence and empty accusations and hearsay without any oppression what so ever from ATTORNEY ROSS  never filed a motion brief or put on any defense for that matter.

18.luzerne county employee FRANK CANSTANO, MARC MALKEMES,  SHERRI SEIWELL HARTMAN, KELLY REINHEIMER HORNING and AMANDA YOUNG have demand the Kristen MacAndrew to attend and participate in drug counseling even though Kristen McAndrew submitted over (200) two hundred  negative drug urine analysis ,they[Hartman, horning]demand that Kristen McAndrew attend  and participation parenting class even though there were no signs of abuse or neglect or accusation for that matter also demanding that Kristen McAndrew against her will and beliefs go to numerous physical and physical exams all well as a including but not limited to Wyoming Valley Drug and Alcohol (WYVADS) Catholic Social Services for counseling and Community Counseling as an eclectic assortment of other services for no good reason but to prolong reunification with daughter and a stall tactic to use Kristen McAndrew Pennsylvania statue of time limitations to regain custody Hartman and horning went as far as waiting for Kristen McAndrew to complete a program then conjuring up some reason to do others this duties or chores where all required she attend with no car or source of income sometimes walking for miles to attend multiple tasks a day even though Luzerne county transportation authority provide bus pass for such case [indigent or disabled] to Luzerne county children and youth services Kristen McAndrew was barred by Hartman and horning of such amenities even though Kristen McAndrew fell within the scope of such of an allotment

19. While JOCELYN MCANDREW was in the care of Luzerne County Children and youth she was place in a foster home with Jen Bebo and Todd Bebo JOCLYAN MCANDREW arm was BROKEN or SEVERELY INJURIED this was not revealed to Jocelyn mother Kristen McAndrew until she saw her daughter arm in a cast up to her shoulder during a court ordered visit Jocelyn told Kristen McAndrew that Jen Bebo caused the injury Jocelyn was approx. (3) years old at the time Luzerne county children and youth employees EMILY TEIL ANDREA ZWOLINSKI and JOHN KOSLOSKI where Jocelyn caseworkers at the time Kristen MCANDREW requested and demand that Jocelyn McAndrew be removed from Jen Bebo and Todd Bebo care ANDREA ZWOLINSKI and JOHN KOSLOSKI refused. ANDREA ZWOLINSKI and JOHN KOSLOSKI EMILY TEIL also AMANDA YOUNG refused to discuss the matter or, release any information about what happened or produce and reports or documents. It was later revealed through Jocelyn that Jocelyn McAndrew was possibly sexual abused at the hands Todd Bebo and Ben bebo

20. Luzerne county court order Kristen McAndrew to have visits with her daughter Jocelyn McAndrew at Luzerne county children and youth services during these visits Sherri Hartman Kelly horning, AMANDA YOUNG and Emily teal would demand that dually disable mentally and physical Kristen McAndrew sign complex legal documents without the chance to confer with counsel for review Sherri Hartman Kelly horning, AMANDA YOUNG and Emily teal knew of these disabilities and force Kristen McAndrew to sign legal document underdress and threat of termination of the visit while in the present of her little girl

21. On October 16 2012 Kristen McAndrew wrote the following officials, FRANK CANSTANO, MARC MALKEMES, SHERRI SEIWELL HARTMAN, and KELLY REINHEIMER HORNING only got worse.

## Statement of claim

1. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, MARK MALCOMUS, FRANK CASTANO, AMANDA YOUNG   and UNNAMED LUZERNE COUNTY CHILDREN AND YOUTH EMPLOYEES violated Kristen McAndrew and Jocelyn McAndrew by the retaliating because of Kristen McAndrew exercising her 1st amendment right for freedom of speech, right to assemble and petition the government by removing Jocelyn from the care of Kristen McAndrew for no reason what so ever due to their personal vendetta

2. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, MARK MALCOMUS, FRANK CASTANO unnamed Luzerne county children and youth and Violated Kristen McAndrew and Jocelyn 4th amendment the right for people to be secure in their own house, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, MARK MALCOMUS, FRANK CASTANO unnamed Luzerne county children and youth lied and continued to do so to a warrant to enter Kristen's family home and seize Kristen McAndrew daughter Jocelyn without probable cause

3. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING,

10

AMANDA YOUNG, MARK MALCOMUS, FRANK CASTANO, PAUL DELANEY, ANTHONY ROSS,,JUDGE CHESTER B. MUROSKI these people are sworn to uphold the law and defend it and hold the keys to the judicial system and even after it was brought to their attention that crimes and policies were being violated they choose to ignore to even investigate violated Kristen McAndrew and Jocelyn McAndrew 5th Amendment Due Process nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, with- out just compensation.

4. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, AMANDA YOUNG MARK MALCOMUS, FRANK CASTANO, PAUL DELANEY, ANTHONY ROSS, JUDGE CHESTER B. Muroski; denied Kristen McAndrew and Jocelyn McAndrew 6th Amendment right to be informed of the nature and cause of the accusations; and to confronted with the witnesses against her; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense and but not limited to

a. Failure to execute service.

b. Failure to provide legal counsel

c. Denied opportunity to call witnesses on own behalf.

d. Denied of submitting evidence.

e. Was not informed of the nature and cause action or of the accusation or accusers

5. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL
AMANDA YOUNG  ,MARK MALCOMUS,FRANK CASTANO,, ANDREA ZWOLINSKI,
JOHN KOSLOSKI ,JENNIFER BEBO,TODD BEBO,AMANDA YOUNG,PAUL
DELANEY,ANTHONY ROSS,,JUDGE CHESTER B. MUROKSI,

Violation Kristen McAndrew and Jocelyn McAndrew 8th amendment for Cruel and Unusual
Punishment.

   a. Unjust punishment of removal of KRISTEN MCANDREW daughter JOCELYN

      MCANDREW without just cause or a proper hearing.


   b. Hearing held purposely at a time so I could not be there. Blocking access to the courts


   c. Being deliberately indifferent to Jocelyn MCANDREW medical needs.


   d. Causing injuring and abusing Failure to protect JOCELYN MCANDREW from physical

      and bodily harm and injuries and KRISTEN MCANDREW from unnecessary harm

      caused by intentional wonton infliction of physical and emotional distress.



6. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL,
AMANDA YOUNG  MARK MALKEMES,FRANK CASTANO,, ANDREA ZWOLINSKI,
JOHN KOSLOSKI ,JENNIFER BEBO,TODD BEBO,AMANDA YOUNG,PAUL
DELANEY,ANTHONY ROSS,,JUDGE CHESTER B. MUROKSI,  Violated Kristen
McAndrew and Jocelyn McAndrew 9th Amendment Unenumerated rights legal rights inferred

from other legal rights that are officiated in a retrievable form codified by law institutions, such as in written constitutions, but are not themselves expressly coded or "enumerated" among the explicit writ of the law. Alternative are: implied rights, natural rights, background rights, and fundamental rights by removing Kristen's daughter for no reason breaking up their family that is protected by the 9 amendment

7. SHERRI SEIWELL HEARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL, AMANDA YOUNG MARK MALCOMUS, FRANK CASTANO, JUDGE CHESTER B. MUROKSI,

Violation of the 13th Amendment. Neither slavery nor, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction the defendants did this by have demand the Kristen McAndrew to attend and participate in drug counseling even though Kristen McAndrew submitted over (200) two hundred negative drug urinal analysis ,they[Hartman, horning]demand that Kristen McAndrew attend and participation parenting class even though there were no signs of abuse or neglect or accusation for that matter also demanding that Kristen McAndrew against her will and beliefs go to numerous physical and physical exams all well as a including but not limited to Wyoming valley drug and alcohol (wyvads) catholic social services for counseling and community counseling as an eclectic assortment of other services for no good reason but to prolong reunification with daughter and a stall tactic to use Kristen McAndrew Pennsylvania statue time limitations to regain custody Hartman and horning went as far as waiting for Kristen McAndrew to complete a program then conjuring up some reason to do others this duties or chores where all

13

required she attend with no car or source of income sometimes walking for miles to attend multiple tasks a day

8. SHERRI SEIWELL HARTMAN, KELLY REINHEIMER HORNING, EMILY TEIL,MARK MALKEMES, AMANDA YOUNG, FRANK CASTANO,, ANDREA ZWOLINSKI, JOHN KOSLOSKI ,JENNIFER BEBO,TODD BEBO,AMANDA YOUNG,PAUL DELANEY,ANTHONY ROSS Violated Kristen McAndrew and Jocelyn of the 14th Amendment  Procedural due process These rights, which apply equally to civil due process and criminal due process, are:

1.  An unbiased court.

2.  Notice of the action and what are the grounds for it.

3.  Opportunity to present reasons why the proposed action should not be taken.

4.  The right to present evidence, including the right to call witnesses to help ones case.

5.  The right to know all opposing evidence.

6.  The right to cross-examine adverse all witnesses.

7.  A true and righteous decision based exclusively on only the evidence presented.

8.  Right to be represented by counsel.

9.  Requirement that the court or accrues prepare a record of the evidence presented.

10. Requirement that the court or accrues prepare written findings of fact and reasons for its decision.

14

11. A person's protected interests in life, liberty, or property, and substantive due process is the guarantee that the fundamental rights of citizens will not be encroached on by government Kristen McAndrew and Jocelyn McAndrew were denied these rights

### Cause of action for negligent

12. Injuries that JOCELYN MCANDREW and KRISTEN MCANDREW sustained due to the negligence acts, breach of duties, lack safety checks, supervisor's reviews, failure to properly train and supervise employees. Failure of investigate crimes and violations of state policies and laws Failure to protect JOCELYN MCANDREW suffers from injuries from the acts committed against her from the defendants are but not limited to wonton intentional physical abuse and bodily harm for the injury for her arm she suffers from pain and suffering, nightmares, and emotional injuries and distress, and loss of sleep. She also suffers from an anxiety and abandonment disorder along with depression and adjustment disorder. KRISTEN MCANDREW from unnecessary harm caused by intentional wonton infliction of physical and emotional distress severe depression loss of appetite and loss of sleep made an already nervous condition worsened, paranoia, social anxiety disorder, loss of employment, unable to focus in college, prevented her education from progression stress on the body and deformed feet due to walking for miles slander defamation of character humiliation nightmares Post traumatic stress disorder.

### Cause of action for unconstitutional violations

13. KRISTEN MCANDREW and JOCELYN MCANDREW endured injuries and damages due to

15

14. unconstitutional violations of the 1st ,4th ,5th ,6th 8th ,9th 13th,and 14th Amendments of the United States Constitution committed against them as follows but not limited to;

15. 1. The retaliation of exercising 1st amendment right for freedom of speech, right to assemble and petition the government

16. 2. Violation of the 4th amendment probable cause

17. 3. Denial of 5th Amendment Due Process

18. 4. Violated 6th Amendment Failure to execute service, Failure to provide legal counsel, Denied opportunity to call witnesses on own behalf, Denied of submitting evidence, was not informed of the nature and cause action or of the accusation or accusers

5. Violation 8th amendment for Cruel and Unusual Punishment; Unjust punishment of removal of KRISTEN MCANDREW daughter JOCELYN MCANDREW without just cause or a proper hearing, Hearing held purposely at a time so I could not be there. Blocking access to the courts, Being Deliberately indifferent to Jocelyn MCANDREW medical needs

6. Failure to protect JOCELYN MCANDREW physical and bodily harm and injuries and KRISTEN MCANDREW from unnecessary harm caused by intentional wonton infliction of physical and emotional distress.

Violation 9th Amendment Unenumerated rights denied implied rights, natural rights, background rights, and fundamental rights of life, liberty and to live in the pursuit of happiness as a family unit

7. Violation of the 13th Amendment involuntary servitude Claus KRISTEN MCANDREW and JOCELYN MCANDREW were forced to preform work, chores, duties, tasks without

any benefit or incentive to them without any recourse of action the sole reason for this duties was to benefit the opposing party and used as a stall tactic hinder any state statuary time limits KRISTEN MCANDREW had to regain custody of her daughter JOCELYN MCANDREW

8. Violation of the 14th Amendment Procedural due process Was not a fair hearings, failure to execute service of dates of hearings and charges ,KRISTEN MCANDREW was not allowed to present evidence, including the right to call witnesses to help her case; or given opposing evidence against her; KRISTEN MCANDREW was not allowed to cross-examine adverse any and all witnesses against her; the decisions that were made were not based on facts of the case but lies; some of the hearing KRISTEN MCANDREW and JOCELYN MCANDREW were not represented by counsel or when they were the counsel was hired and appoint by the opposing party counsel provide no legal assistance what so ever no motions briefs were ever file on their behalf to date no meaningful cross examinations or legal advice. KRISTEN MCANDREW asserts that that the legal representation was beyond negligence but was criminal this is due to when KRISTEN MCANDREW pledged for help she was blatantly ignored and ridiculed; KRISTEN MCANDREW evidence against her was lies tainted forged manipulated and unlawful and was never question by her counsel or the court; the court to date has never gave a clear reason as to why JOCELYN MCANDREW was kidnap and when she will be returned to KRISTEN MCANDREW even though there are no accusations what so ever of abuse or negligent the only evidence was presented of this modern day Salam witch trail have been deceitful actions lies and cover ups of rouge county employees of these left over kids for cash scam that truly need to be revealed

17

## Relief sought

1. Kristen McAndrew is disabled and indigent and unable to properly serve defendants she humbly asks this court to order the United States Marshal Service to execute service on the defendants

Due to the damages and injuries sustained at the hands or actions of the defendants

1. .Plaintiff are seeking $1,000,000.00 dollars in compensatory and $1,000,000.00 punitive damages for a total of $2,000,000.00 the damages as followed for each of the defendants JEN BEBO and TODD BEBO

2. .Plaintiff are seeking $500,000.00 dollars in compensatory and $ 500,000.00 punitive damages for a total of $1,000,000.00 the damages as followed for each of the defendants, EMILY TEIL,

MARK MALKEMES, ANDREA ZWOLINSKI, JOHN KOSLOSKI, AMANDA YOUNG,

PAUL DELANEY, ANTHONY ROSS, JUDGE CHESTER B.MUROSKI

4. .Plaintiff are seeking $2,000,000.00 dollars in compensatory and $ 2,000,000.00 punitive damages for a total of $4,000,000.00 the damages as followed for each of the defendants

SHERRI SEIWELL HARTMAN, KELLY REINHEIMER HORNING,FRANK CASTANO

Kristen McAndrew and Jocelyn McAndrew are seeking a total 24,000,000.00 million dollars in damages and or whatever this honorable courts deems fits

RESPECTFULLY SUBMITTED

DATE 1/16/14

*Kristen McAndrew*

KRISTEN MCANDREW pro-se

300 S. Main St PO Box 2287

WILKES-BARRE PA 18703

TEL:(570) 362-9741

DATE 1/16/14

*Jocelyn McAndrew*

JOCELYN MCANDREW (minor)
Mother signature due to plaintiff being a minor

19