THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KRISTEN MCANDREW                    :
JOCELYN MCANDREW                    :
                                    :
              Plaintiffs            :
     v.                             :     3:13-CV-2256
                                    :     (JUDGE MARIANI)
SHERRI HEARTMAN, et al.,            :
                                    :
              Defendants            :

## ORDER

AND NOW, THIS 25th DAY OF MARCH 2014, upon review of Magistrate Judge

Carlson's Report & Recommendation ("R&R") (Doc. 10) for clear error and manifest

injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 10) is **ADOPTED**, for the reasons discussed

   therein.

2. Plaintiff's Amended Complaint (Doc. 9) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to close the case.

                                    _____
                                    Robert D. Mariani
                                    United States District Judge